CLOSED

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
### CRIMINAL DOCKET FOR CASE #: 2:16-mj-00144-DM All Defendants
### Internal Use Only

Case title: USA v. Fulford  
Other court case number: 16-cr-551 USDC, Southern District of Texas

Date Filed: 12/16/2016  
Date Terminated: 12/16/2016

Assigned to: Magistrate Duty Magistrate

**Defendant (1)**

**Peggy Ann Fulford**  
*TERMINATED: 12/16/2016*

represented by **Claude J. Kelly**  
Federal Public Defender's Office  
Hale Boggs Federal Building  
500 Poydras Street  
Room 318  
New Orleans, LA 70130  
504-589-7939  
Email: claude_kelly@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender Appointment*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**  
None

**Disposition**

**Plaintiff**

USA        represented by   **Jeffrey Ryan McLaren**
U. S. Attorney's Office (New Orleans)
650 Poydras St.
Suite 1600
New Orleans, LA 70130
504-680-3037
Email: ryan.mclaren@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Assistant U.S. Attorney

Email to Active Attorneys' Primary Addresses
Email to All Attorneys' Primary Addresses
Email to Casewide NEF Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2016 | 1 | Minute Entry for proceedings held before Magistrate Judge Joseph C. Wilkinson, Jr:Initial Appearance as to Peggy Ann Fulford held on 12/16/2016. Defendant released. (Court Reporter Magistrate Clerical.) (Attachments: # 1 Papers from Southern District of Texas, # 2 Criminal Magistrate Case Sheet) (plh) (Entered: 12/19/2016) |
| 12/16/2016 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Peggy Ann Fulford. Claude J. Kelly for Peggy Ann Fulford appointed. Signed by Magistrate Judge Joseph C. Wilkinson, Jr on 12/16/16. (plh) (Entered: 12/19/2016) |
| 12/16/2016 | 3 | CJA 23 Financial Affidavit by Peggy Ann Fulford (plh) (Entered: 12/19/2016) |
| 12/16/2016 |  | (Court only) ***Staff Notes as to Peggy Ann Fulford: 522 Montegut St., Apt. 313 New Orleans, LA 70117 (plh) (Entered: 12/19/2016) |
| 12/16/2016 | 4 | Unsecured Appearance Bond Set & Executed as to Peggy Ann Fulford in amount of $ 25,000.00. Defendant released. (plh) (Entered: 12/19/2016) |
| 12/16/2016 | 5 | ORDER Setting Conditions of Release. Signed by Magistrate Judge Joseph C. Wilkinson, Jr on 12/16/16. (plh) (Entered: 12/19/2016) |
| 12/16/2016 | 6 | WAIVER of Rule 5 and 5.1 Hearings by Peggy Ann Fulford (plh) (Entered: 12/19/2016) |
| 12/16/2016 | 7 | ORDER OF REMOVAL to District of Texas Southern as to Peggy Ann Fulford. Signed by Magistrate Judge Joseph C. Wilkinson, Jr on 12/16/16. (plh) (Entered: 12/19/2016) |

MINUTE ENTRY
DECEMBER 16, 2016
WILKINSON, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-144 |
| PEGGY ANN FULFORD | SECTION: MAG |

INITIAL APPEARANCE

APPEARANCES:   X  DEFENDANT WITH/~~WITHOUT~~ COUNSEL  _____

_____
            X  ASSISTANT U.S. ATTORNEY    RYAN MCLAREN_____
            ___INTERPRETER  _____
   Designated by Court and sworn.    Time: _____ .M to _____ M.

X / DEFENDANT WAS ADVISED OF HER RIGHTS

X / READING OF THE INDICTMENT FROM ~~SOUTHERN~~ DISTRICT OF TEXAS (HOUSTON DIVISION WAS:    READ   WAIVED  ~~SUMMARIZED~~

_ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

_ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 38

_X_/ BAIL SET AT $25,000.00 unsecured appearance bond. See attached for additional conditions of release

___/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

_X_/ DEFENDANT RELEASED ON BOND

___/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/~~REMOVAL HEARING~~/ ARRAIGNMENT IS SET FOR _Waiver of removal hearing executed._

___/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

___/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR _____

___/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

[signature]

DEFENDANT'S NAME: <u>PEGGY ANN FULFORD</u>   CASE NO. <u>16-144 MAG</u>

ADDITIONAL CONDITIONS OF RELEASE

Third Party Custodian: _____

The defendant must:

- [✓] submit to supervision by and report for supervision to the <u>US PROBATION OFFICER (USPO)</u>
- [ ] continue to actively seeking employment
- [✓] surrender any passport to <u>USPO</u>
- [✓] not obtain a passport or other international travel document
- [✓] abide by the following restrictions: Continental U.S. [✓]  EDLA ____  LA ____

  Other _____
- [ ] avoid all contact with victim/witness ____ co-defendants ____

  Other _____
- [ ] medical or psychiatric treatment if directed by Pretrial Services
- [ ] not possess firearm, destructive device or other weapon
- [ ] not use alcohol: at all ____ excessively ____
- [ ] not use or unlawfully possess narcotic drug/controlled substances
- [ ] submit to testing for a prohibited substance if required by Pretrial Services
- [ ] participate in inpatient/outpatient substance abuse therapy/counseling if directed by Pretrial Services
- [ ] participate in location restriction program: ____ (i) Curfew

  ____ (ii) Home Detention

  ____ (iii) Home Incarceration
- [ ] submit to location monitoring as directed by Pretrial Services
- [✓] report every contact with law enforcement personnel to Pretrial Services
- [✓] Other(s): Financial restriction - defendant shall not apply for any new credit of any kind

Employment restriction - defendant shall not obtain any employment where she has access to the financial information of others e.g. - money manager or financial advisor either directly or indirectly. No personnel information of anyone including social security data, bank accounts or date of birth.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR.NO. 16-144 MAG |
| | ___ **ORDER** |
| VERSUS | _X_ Appointing Counsel |
| | ___ Substituting Counsel For: |
| PEGGY ANN FULFORD | _____ |
| | ___ Ratifying Prior Service |
| | ___ Extending Appointment For Appeal |

CHARGE:   WIRE FRAUD
_X_ FELONY   ___ MISDEMEANOR

_X_ The defendant, having satisfied this Court that he/she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:

**CLAUDE KELLY, FEDERAL PUBLIC DEFENDER, HALE BOGGS FEDERAL BLDG., RM 318, 500 CAMP ST, NEW ORLEANS, LA 70130 PHONE: (504)589-7930**

___ Federal Public Defender is appointed for the limited purpose of:

___ It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is totally indigent.

___ IT IS FURTHER ORDERED that the defendant pay to the Clerk, U. S. District Court for services of counsel, the total amount of $_____ to be paid within 10 working days or by _____.

___ IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $ _____ per month. This amount is to be paid, beginning on _____, 20___, until further orders of the Court.

Dated at New Orleans, Louisiana, on   DECEMBER 16, 2016

_____
UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit Clerk (*Only if defendant is ordered to pay*)

# UNITED STATES DISTRICT COURT
for the

EASTERN District of LOUISIANA

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 16-144 MAG |
| PEGGY ANN FULFORD | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____PEGGY ANN FULFORD_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ) (1) This is a personal recognizance bond.

(X) (2) This is an unsecured bond of $ _25,000.00_ .

( ) (3) This is a secured bond of $ _____ , secured by:

    ( ) (a) $ _____ , in cash deposited with the court.

    ( ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:
    ❏ Personal Surety      ❏ Commercial Surety

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

DEFENDANT: PEGGY ANN FULFORD                                    CASE NO.:16-144 MAG

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 12/16/16                                        _____
                                                      *Defendant's signature*

_____                       _____
*Surety/property owner – printed name*                *Surety/property owner – signature and date*

_____                       _____
*Surety/property owner – printed name*                *Surety/property owner – signature and date*

_____                       _____
*Surety/property owner – printed name*                *Surety/property owner – signature and date*

                                                      *JUDICIAL OFFICER/CLERK OF COURT*

Date: _____

                                                      _____
                                                      *Signature of Judicial Officer/Clerk or Deputy Clerk*

Approved.

Date: Dec. 16, 2016                                   _____
                                                      *Magistrate Judge/Judge's signature*

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **PEGGY ANN FULFORD** | )   Case No. **16-144 MAG** |
| _____ | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear at:   _____**NEW ORLEANS, LOUISIANA**_____
   *Place*

   on   _____**WHEN ORDERED**_____
   *Date and Time*

   If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/11) Additional Conditions of Release                                                                           Page  2  of  3  Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
  Person or organization _____
  Address *(only if above is an organization)* _____
  City and state _____  Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
             Custodian                           Date

(✓) (7) The defendant must:
  (✓) (a) submit to supervision by and report for supervision to the __U.S. Probation Officer (USPO)__ telephone number _____, no later than _____.
  ( ) (b) continue or actively seek employment.
  ( ) (c) continue or start an education program.
  (✓) (d) surrender any passport to: __USPO__
  (✓) (e) not obtain a passport or other international travel document.
  (✓) (f) abide by the following restrictions on personal association, residence, or travel: __Continental U.S.__
  ( ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
  ( ) (h) get medical or psychiatric treatment: _____
  ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
  ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  ( ) (k) not possess a firearm, destructive device, or other weapon.
  ( ) (l) not use alcohol ( ) at all ( ) excessively.
  ( ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
     ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
     ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
     ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
  ( ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
     ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
  (✓) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
  (✓) (s) __Financial restriction - defendant shall not apply for any new credit of any kind__
  (✓) (t) __Employment restriction - defendant shall not obtain any employment where she has access to the financial information of others E.G. money managers, financial advisor either directly or indirectly, no personal ID information of anyone, including social security info, bank accounts or date of births.__

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, or informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

New Orleans, LA
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: __Dec. 19, 2016__

_____
Judicial Officer's Signature

~~U.S. DISTRICT JUDGE~~/U.S. MAGISTRATE JUDGE
Judicial Officer's Title

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America )<br>v. )<br>PEGGY ANN FULFORD )<br>_____ )<br>Defendant ) | Case No. 16-144 MAG<br><br>Charging District's Case No. 16-551 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____

SOUTHERN DISTRICT OF TEXAS (HOUSTON DIVISION _____.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 12/16/16

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Michael Admirand
_____
*Printed name of defendant's attorney*

12/16/16

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 16-144 MAG |
| PEGGY ANN FULFORD | ) | |
| | ) | Charging District: Southern District of Texas |
| Defendant | ) | Charging District's Case No. 16-551 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court, Southern District of Texas, 515 Rusk, 7th Floor, Houston, TX 77002 |
|---|---|
| Courtroom No.: | 703 — 7th Floor |
| Date and Time: | December 22, 2016 @ 10:00 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: December 16, 2016

_Judge's signature_

JOS. C. WILKINSON, JR.
_Printed name and title_
U.S. MAGISTRATE JUDGE