**COURTROOM MINUTES:**
The Honorable Stephen Wm Smith Presiding
Deputy Clerk: Jason Marchand

Clerk, U.S. District Court
Southern District of Texas
Filed
D-2216
David J. Bradley, Clerk

Interpreter Present? ☐ Yes ☒ No   ERO S. Vivvars

USPT/USPO E. Ldmgs

OPEN 10:14   ADJOURN 10:15

☐ OTHER DISTRICT   ☐ DIVISION _____ THEIR CASE# _____

**PROCEEDING HELD:**
☐ Initial Appearance      ☒ Counsel Determination Hearing   ☐ Status Hearing
☐ Bond Hearing            ☐ Identity                        ☐ Hearing Continued on _____
☐ Detention Hearing       ☐ Preliminary Hearing             ☐ Other _____

CASE NUMBER  ☒ CR  ☐ MJ  16-551   Defendant # 1

AUSA Belinda Beck

Peggy Ann Fulford

☐ Date of arrest _____   ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
                                Violation of ☐ Supervised Release ☐ Pretrial Release ☐ Probation

☒ Defendant ☐ Material Witness appeared    ☐ with ☒ without counsel

☒ Defendant requests appointed counsel.        ☐ Financial Affidavit executed and sworn.
☒ Order appointing Federal Public Defender     ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.    ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant _____ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s) _____ .
☐ Defendant(s) _____ advised of conditions of release
☐ BOND EXECUTED  ☐ Defendant _____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _____
☐ Order of Detention Pending Trial entered as to Defendant(s) _____ .
☒ Bond Continued          ☐ Bond reinstated        ☐ Bond Revoked
☐ Defendant _____ remanded to custody     ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating ☐ District ☐ Division

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause       ☐ Identity

☐ Defendant(s) _____ is/are scheduled on _____ at _____ for:
   ☐ Arraignment           ☐ Counsel Determination Hearing    ☐ Identity Hearing
   ☐ Detention Hearing     ☐ Preliminary Hearing              ☐ Final Revocation Hearing
   ☐ _____ Hearing