United States District Court
Southern District of Texas

**ENTERED**
December 22, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | CRIMINAL CASE H- 16-551 |
| | § | |
| Peggy Ann Fulford | § | |
| | § | |

Order Appointing Counsel

Because the defendant has satisfied this court that he/she cannot afford to employ counsel, the court appoints the Federal Public Defender to represent him/her.

Signed on 12/22/16, in Houston, Texas.

Stephen Wm. Smith
United States Magistrate Judge

By Order of the Court

_____
Deputy Clerk

12/22/16
Date