UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | CRIMINAL NO. H-16-551 |
| PEGGY FULFORD | | |

## UNOPPOSED MOTION TO UNSEAL GOVERNMENT'S EX PARTE MOTION FOR ISSUANCE OF ARREST WARRANT AND TO REVOKE ORDER OF RELEASE

The United States of America, by and through Ryan K. Patrick, United States Attorney for the Southern District of Texas, and Belinda Beek, Assistant United States Attorney, requests that this Court issue an order directing the Clerk of the Court to make public the Government's Ex Parte Motion for Issuance of an Arrest Warrant and To Revoke Order of Release and accompanying Order ("Motion") filed under seal on September 26, 2018.

I.

When the Motion was filed on September 26, 2018, the whereabouts of defendant were unknown. Because defendant is now in custody, the reasons for sealing the Motion no longer exist.

II.

The United States respectfully requests that the Court unseal the Motion and

1

accompanying Order.

                              Respectfully submitted,

                              RYAN K. PATRICK
                              UNITED STATES ATTORNEY

                 By:  /s/ Belinda Beek
                       Belinda Beek
                       Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

I certify that I contacted counsel for Peggy Fulford, Philip Gallagher, and Mr. Gallagher is unopposed to this Motion.

/s/ Belinda Beek
Belinda Beek
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **CRIMINAL NO. H-16-551** |
| | § | |
| **PEGGY FULFORD** | § | |

## ORDER

The Court having considered the Unopposed Motion of the United States to Unseal the Ex Parte Motion for Issuance of an Arrest Warrant and to Revoke Order of Release and the accompanying Order in the above-referenced matter hereby **GRANTS** the Motion, and **ORDERS** that the Clerk of the Court make public the Ex Parte Motion for Issuance of an Arrest Warrant and to Revoke Order of Release and accompanying Order filed under seal on or about September 26, 2018.

Signed on the _____ day of November, 2018.

_____
Keith P. Ellison
United States District Court Judge