United States District Court
Southern District of Texas
**ENTERED**
November 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| v. | § § | **CRIMINAL NO. H-16-551** |
| **PEGGY FULFORD** | § § | |

## ORDER

The Court having considered the Unopposed Motion of the United States to Unseal the Ex Parte Motion for Issuance of an Arrest Warrant and to Revoke Order of Release and the accompanying Order in the above-referenced matter hereby **GRANTS** the Motion, and **ORDERS** that the Clerk of the Court make public the Ex Parte Motion for Issuance of an Arrest Warrant and to Revoke Order of Release and accompanying Order filed under seal on or about September 26, 2018.

Signed on the _____2nd_____ day of November, 2018.

Keith P. Ellison
United States District Court Judge