United States District Court
Southern District of Texas
**ENTERED**
April 13, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:16-CR-551 |
| | § | |
| PEGGY ANN FULFORD; aka KING; aka WILLIAMS; aka BARARD; aka SIMPSON ; aka RIVERS ; aka COLE ; aka BARARD | § § § § | |

# ORDER

Defendant Peggy Fulford has submitted a letter that is, essentially, a request for compassionate release from prison. Because Ms. Fulford has not compiled with the requirements of 18 U.S.C. § 3582 (c)(1)(A), the request is **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 10th day of April, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE