# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20240202-105
```
Peggy Ann Fulford 37001034
11070 Highway 14
Aliceville, AL US 35442

United States Courts
Southern District of Texas
F I L E D

FEB 2 6 2024

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, February 2, 2024
Case Number: 4:16-cr-00551
Document Number: 81 (2 pages)
Notice Number: 20240202-105
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

US POSTAGE PITNEY BOWES
ZIP 77002 $ 000.64⁰
02 1W
0001374615 FEB. 05. 2024

United States Courts
Southern District of Texas
FILED

FEB 26 2024

Nathan Ochsner, Clerk of Court

NIXIE      352   DE 1        0002/26/24
          RETURN TO SENDER
          REFUSED
          UNABLE TO FORWARD

BC: 7728919191919     *1365-02595-26-42